IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

v.          Case No.5:25CR-50077-001

RICKY DOVER                            DEFENDANT

## O R D E R

The Defendant requested a detention hearing at the arraignment on an indictment conducted this date. Accordingly, the Defendant is considered detained and remanded to the custody of the United States Marshals Service pending outcome of detention hearing.

The detention hearing is scheduled for **Friday, September 5, 2025, at 4:00 p.m.**, Second Floor Courtroom, in Fayetteville.

SO ORDERED this 4th day of September 2025.

*/s/ Christy Comstock*
_____
HON. CHRISTY COMSTOCK
CHIEF UNITED STATES MAGISTRATE JUDGE